UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60543-Civ-Cohn/Seltzer

SANDRA W. FILLICHIO,

     Plaintiff,

v.

NELSON, WATSON & ASSOCIATES, LLC.

     Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL

The parties have reached a partial settlement. Defendant has offered to pay Plaintiff $1,001.00 plus reasonable attorney fees and costs in settlement of Plaintiff's claims under the Fair Debt Collection Practices Act. Plaintiff has accepted the offer. Accordingly, the parties stipulate to a Dismissal with prejudice of Plaintiff's claims under the Fair Debt Collection Practices Act, with the Court to reserve jurisdiction regarding Plaintiff's reasonable attorney fees and costs regarding the Fair Debt Collection Practices Act. If the parties are unable to resolve the matter of attorney fees and costs by agreement, Plaintiff shall file a motion in accordance with Local Rule. The parties' settlement does not affect Plaintiff's claims under the Florida Consumer Collection Practices Act and the Telephone Consumer Protection Act. The parties stipulate to a dismissal without prejudice of Plaintiff's claims under the Florida Consumer Collection Practices Act and the Telephone Consumer Protection Act.

Donald A. Yarbrough, Esq.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida  33339
Telephone: 954-537-2000
Facsimile: 954-566-2235

Barbara  Fernandez, Esq.
Attorney for Defendant
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063


By:  /s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.

By: /s/ Barbara  Fernandez
Barbara  Fernandez, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60543-Civ-Cohn/Seltzer

SANDRA W. FILLICHIO,

     Plaintiff,

v.

NELSON, WATSON & ASSOCIATES, LLC.

     Defendant.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on October 28, 2010 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF