UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60543-Civ-Cohn/Seltzer

SANDRA W. FILLICHIO,

     Plaintiff,

v.

NELSON, WATSON & ASSOCIATES, LLC.

     Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for

Dismissal [DE 22].  The Court having been informed that the Parties have

reached a settlement in this action, it is **ORDERED AND ADJUDGED** as follows:

1. Pursuant to the terms of the parties' settlement agreement,  Defendant

    offered to pay Plaintiff $1,001.00 and will pay reasonable attorney fees and

    costs in settlement of Plaintiff's claims under the Fair Debt Collection

    Practices Act;

2.  Plaintiff's claims under the Fair Debt Collection Practices Act are hereby

    dismissed with prejudice;

3. The Court reserves jurisdiction to award Plaintiff reasonable attorney fees and

    costs with respect to Plaintiff's claim under the Fair Debt Collection Practices

    Act. If the parties do not resolve the matter of Plaintiff's attorney fees and costs

    by agreement, Plaintiff shall file a motion in accordance with Local Rule;

4.  The Court declines to exercise supplemental jurisdiction over Plaintiff's claims under the Florida Consumer Collection Practices Act and the Telephone Consumer Protection Act and accordingly, those two claims are dismissed without prejudice.

5.  The Clerk shall close this case and deny any pending motions as moot.

   **DONE AND ORDERED** in chambers in Fort Lauderdale, Broward County, Florida this 28th day of 2010.

JAMES I. COHN
United States District Judge

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
       Barbara  Fernandez, Esq., Counsel for Defendant