UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60543-Civ-Cohn/Seltzer

SANDRA W. FILLICHIO,

    Plaintiff,

v.

NELSON, WATSON & ASSOCIATES, LLC.

    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS

    Plaintiff, Sandra W. Fillichio, files this Unopposed Motion for Extension of Time to file Plaintiff's Motion for Attorney's Fees and Costs and in support thereof, states as follows:

    1.    Local Rule as amended April 2010 now requires a litigant to file any motion for attorney's fees within sixty days of the order giving rise to the right to attorney's fees. In this case, the Court entered an Order Dismissing the Case on October 28, 2010 (DE 23). Accordingly, Plaintiff's motion for attorney's fees is due to be filed.

    2.    The parties are engaged in settlement negotiations to resolve the matter of Plaintiff's Attorney's Fees and Costs without Court involvement. Plaintiff's counsel believes that the negotiations are likely to be successful. Due to the holidays, along with numerous obligations in other cases, and the pending settlement negotiations, Plaintiff requests a two-week extension of time, up to and including January 11, 2011, to file Plaintiff's Motion for Attorney's Fees and Costs.

3. Plaintiff knows of no prejudice that would occur to Defendant should the Court grant the relief sought herein as the Defendant has already agreed to pay Plaintiff's attorney's fees and costs and the only issue is the determination of the amount thereof.

**CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)**

Defendant's counsel has stated in writing that Defendant does not oppose the relief requested herein.

WHEREFORE, Plaintiff requests this Court permit additional time up to and including January 11, 2011 in which to file Plaintiff's Motion for Attorney's Fees and Costs.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60543-Civ-Cohn/Seltzer

SANDRA W. FILLICHIO,

    Plaintiff,

v.

NELSON, WATSON & ASSOCIATES, LLC.

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>December 28, 2010</u> I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      <u>s/Donald A. Yarbrough</u>
                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

<u>Via Notices of Electronic Filing generated by CM/ECF</u>